JESSIE MAY FISHER; AND DAISY RHEM PATRICK, ATTORNEY IN FACT FOR JESSIE MAY FISHER, v. BRANCH BANKING & TRUST COMPANY, GUARDIAN OF HOSEA COLLINS RHEM, DISABLED VETERAN.

(Filed 3 November, 1954.)

DEFENDANT'S appeal from *Frizzelle, J.,* LENOIR.

*Allen & Allen and Lamar Jones for petitioner, appellee.*
*John G. Dawson for respondent, appellant.*

STATE *v.* FREEMAN.

PER CURIAM. On the authority of the case of *Daisy Rhem Patrick v. Branch Banking & Trust Company, Guardian of Hosea Collins Rhem, ante,* 76, this case is remanded to the Superior Court of Lenoir County in order that additional parties may be brought in and an opportunity given them to be heard.

Remanded.